# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-0024-01 |
| VS. | * | JUDGE WALTER |
| KYLE DORE (01) | * | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA <u>BEFORE THE UNITED STATES MAGISTRATE JUDGE</u>

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change-of-plea hearing and allocution of the defendant, Kyle Dore, on March 14, 2017. The defendant was present with his counsel Dustin Charles Talbot.

After the hearing and for the reasons orally assigned, the undersigned finds that the defendant is fully competent, that his guilty plea is knowing and voluntary, and that his guilty plea to Counts One through Nine of the Superceding Indictment is fully supported by the factual basis for each count, which was presented by the government and the Court through specific questioning and acknowledged as true by the defendant in open court, for each of the essential elements of each offense.

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Kyle Dore, and that Kyle Dore be finally adjudged guilty of Counts One through Nine of the Superceding Indictment.

The defendant waived the fourteen day period within which to file written objections to this Report and Recommendation. Accordingly, the District Court may immediately adopt this Report and Recommendation, thereby accepting the defendant's guilty plea.

THUS DONE AND SIGNED in chambers in Lafayette, Louisiana, on this the 15th day of March 2017.

PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE