# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:16-0024-01 |
| VS. | * | JUDGE WALTER |
| KYLE DORE (01) | * | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. The defendant waived the fourteen day period within which to file written objections. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Kyle Dore, is **ACCEPTED**. **IT IS THEREFORE ORDERED** that Kyle Dore is finally adjudged guilty of Counts One through Nine of the Superceding Indictment.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 20th day of March, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT COURT